David B. Owens (SBN 275030)
University of Washington School of Law
Civil Rights and Justice Clinic
C/O LOEVY & LOEVY
333 S. Grand, Suite 3310
Los Angeles, CA 90071
david@loevy.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| WILLIAM WOODS,<br><br>                                        Plaintiff,<br><br>                             v.<br><br>GREG SU; ARMANDO VALDEZ; THE CITY OF LOS ANGELES; ANTONIO SANCHEZ; and U.S. BANK, N.A.,<br>                                        Defendants. | Case No. 2:26-cv-03872-CAS-MAR<br><br>**STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
|---|---|

Plaintiff William Woods, Defendants Greg Su, Armando Valdez, and the City of Los Angeles (the City Defendants), U.S. Bank National Association and Antonio Sanchez (the Bank Defendants), by and through their undersigned counsel of record, hereby stipulate as follows:

1. Plaintiff filed his complaint on April 10, 2026. Dkt. 1. The complaint names as defendants the City of Los Angeles and two LAPD officers (the City Defendants) and U.S. Bank and a bank employee (the Bank Defendants).

2. The City of Los Angeles's answer or responsive pleading to Plaintiff's complaint is due July 17, 2026. Dkt. 23.

3. The LAPD Defendant Officers, Greg Su and Armando Valdez, respectively have answer or responsive pleading dates of August 7, 2026, Dkt. 25, and June

1

23, 2026, Dkt. 24.[1]

4. The Bank Defendants' response date is July 17, 2026. Dkt. 28.

5. All Defendants have begun to confer with Plaintiff pursuant to this Court's Local Rules about potential motions to dismiss. City Defendants conferred with Plaintiff regarding their motions to dismiss on June 22, 2026.

6. Plaintiff has relayed to the parties that he intends to amend the complaint, which he may do once as a matter of right within 21 days following a responsive pleading or dispositive motion. FED. R. CIV. P. 15(a). That date is currently staggered, given the different service dates.

7. In the interest of economy, the parties agree that Plaintiff shall amend his complaint within 21 days after the current response date for the City and the Bank Defendants, July 17, 2026—on or before August 6, 2026—rather than having Defendants file motions to dismiss the current complaint.

8. In addition to potentially resolving or narrowing issues in dispute raised in the meet and confers, proceeding in this way will provide all parties with a uniform  response date, serve judicial economy, prevent unnecessary work, and allow this case to move forward diligently.

9. WHEREFORE, Plaintiff shall file his First Amended Complaint on or by August 6, 2026.

IT IS SO STIPULATED.

Respectfully submitted,

**WILLIAM WOODS**

BY: /s/ David B. Owens

*One of Plaintiff's attorneys*

---

[1] In consideration of Defendant Su's waiver of service, Plaintiff agreed that both Defendant Officers' responsive pleadings would be due on August 7, 2026.

2

GREENBERG TRAURIG, LLP
By: */s/Michael Krauss*
Sam Payne (SBN 307484)
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Michael Krauss (*pro hac vice* pending)
kraussm@gtlaw.com
GREENBERG TRAURIG, LLP
90 South Seventh Street, Suite 3500
Minneapolis, Minnesota 55402
Telephone: 612.259.9700
*Attorneys for Defendants U.S. Bank National Association (sued as U.S. Bank, N.A.) and Antonio Sanchez*

NATHAN & KAMIONSKI, LLP
By: */s/ Neha Locke*
Shneur Z. Nathan
Avi T. Kamionski
Helen O'Shaughnessy
Neha Locke
Theo Noparstak
Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661
(312) 957-6593
theo@nklawllp.com
*Attorneys for Defendant City of Los Angeles and Defendant Officers Su & Valdez*

University of Washington School of Law
Civil Rights and Justice Clinic
C/O LOEVY & LOEVY
333 S. Grand, Suite 3310
Los Angeles, CA 90071
david@loevy.com
*Counsel for Plaintiff*

3