# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WOODS, | Case No. 2:26-cv-03872-CAS-MARx |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| GREG SU; ARMANDO VALDEZ; THE CITY OF LOS ANGELES; ANTONIO SANCHEZ; and U.S. BANK, N.A., | |
| Defendants. | |

The Court, having considered the Stipulation for Plaintiff to File First Amended Complaint, and good cause appearing, hereby ORDERS that the deadline for Plaintiff to amend his complaint is August 6, 2026.

IT IS SO ORDERED.

Date: June 25, 2026

_Christina A. Snyder_
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1